UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUCKEYE MARRERO TERMINAL, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>M/V HELLESPONT PROMISE,<br><br>         Defendant. | 24 Civ. 165 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  On March 13, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for March 20, 2024.  *See* ECF. No. 13.  No significant issues are presented in the parties' materials.

  It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be rescheduled on the Court's calendar.  The case management plan will issue separately.

  SO ORDERED.

Dated: March 14, 2024
    New York, New York

                                DALE E. HO
                                United States District Judge