UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Buckeye Marrero Terminal, LLC,<br><br>                         Plaintiff,<br><br>v.<br><br>M/V Hellespont Promise et al.,<br><br>                         Defendant. | 24-CV-165 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

This action has been placed on the Court's July trial-ready calendar, and the parties have been advised that they should be prepared for a trial commencing Monday, July 21, 2025. *See* ECF No. 28. A final pretrial conference will be held on **July 7, 2025, at 11:00 A.M.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

The parties are directed to refer to the Court's Individual Rule 5 for the list of pretrial materials that must be submitted to the Court at least thirty (30) days before the final pretrial conference.

SO ORDERED.

Dated: April 8, 2025
       New York, New York

                                                   DALE E. HO
                                         United States District Judge