UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Buckeye Marrero Terminal, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>M/V Hellespont Promise et al.,<br><br>                  Defendants. | 24-CV-00165 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court has been informed that the parties' efforts to settle this case have been unsuccessful. Therefore, the Court shall hold a conference to discuss matters pertaining to the forthcoming bench trial, including the estimated length of such a trial, the schedule for pretrial submissions, and whether the parties are able to commence trial the week of July 14, 2025. The conference shall take place **on Monday, May 12, 2025, at 11:00 A.M. EST**, and it will be held via Microsoft Teams. The parties are instructed to join the conference by dialing the Court's dedicated conference line at 1-646-453-4442 and enter conference ID #: 548 388 759 followed by the pound (#) key.

SO ORDERED.

Dated: May 7, 2025
       New York, New York

                                                  DALE E. HO
                                     United States District Judge