UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Buckeye Marrero Terminal, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>M/V Hellespont Promise et al.,<br><br>                    Defendants. | 24-CV-165 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    As discussed on the record before the Court on May 12, 2025, the parties are hereby ORDERED to submit a joint status letter regarding the status of settlement no later than May 16, 2025.

    SO ORDERED.

Dated: May 12, 2025
       New York, New York

                                            DALE E. HO
                                 United States District Judge